

FILED
DEC 1 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9               SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   Criminal No. 07CR3102-LAB
                                 )
11                  Plaintiff,   )   **CONSENT TO RULE 11 PLEA IN A**
                                 )   **FELONY CASE BEFORE UNITED**
12  v.                           )   **STATES MAGISTRATE JUDGE**
                                 )
13  RAMON MARTINEZ-VILLEGAS,     )
                                 )
14                  Defendant.   )
15  _____)

16      I have been advised by my attorney and by the United States
17 Magistrate Judge of my right to enter my plea in this case before
18 a United States District Judge.  I hereby declare my intention to
19 enter a plea of guilty in the above case, and I request and
20 consent to have my plea taken by a United States Magistrate Judge
21 pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22      I understand that if my plea of guilty is taken by the
23 United States Magistrate Judge, and the Magistrate Judge
24 recommends that the plea be accepted, the assigned United States
25 District Judge will then decide whether to accept or reject any
26 plea agreement I may have with the United States and will
27 adjudicate guilt and impose sentence.
28      I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

1  Judge's findings and recommendation must be filed within 14 days
2  of the entry of my guilty plea.
3
4
5  Dated: 12/16/07          x Ramon martinez villejas
6                              Defendant
7
8
9  Dated: 12/16/07          _____
10                             Attorney for Defendant
11
12     The United States Attorney consents to have the plea in this
13 case taken by a United States Magistrate Judge pursuant to
14 Criminal Local Rule 11.2.
15
16
17 Dated: 12/17/07          _____
18                             Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd